IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| WILLARD JACOBS,<br><br>Plaintiff,<br><br>v.<br><br>NOLAN D. ARCHIBALD, *et al.*<br><br>Defendants. | Civil Action No. 09-cv-03012 |

## THE BLACK & DECKER DEFENDANTS' WRITTEN CONSENT TO REMOVAL

Defendants, The Black & Decker Company, and Nolan D. Archibald, Norman R. Augustine, Barbara L. Bowles, George W. Buckley, Kim B. Clark, Manual A. Fernandez, Benjamin H. Griswold, IV, Anthony Luiso, Robert L. Ryan, and Mark H. Willes (collectively, the "Black & Decker Defendants"), by their undersigned counsel, and pursuant to 28 U.S.C. §1446, hereby consent to the removal of this case, as originally filed by defendant M. Anthony Burns.

Dated: November 18, 2009               Respectfully submitted,


                                       HOGAN & HARTSON L.L.P.


                                       By:_____/s/_____
                                       Mark D. Gately (Bar Number 00134)
                                       Scott R. Haiber (Bar Number 25947)
                                       Lauren S. Colton (Bar Number 26503)
                                       Andrea W. Trento (Bar Number 28816)
                                       Harbor East
                                       100 International Drive, Suite 2000
                                       Baltimore, MD 21202
                                       Telephone: (410) 659-2700
                                       Facsimile: (410) 659-2701
                                       mdgately@hhlaw.com

                                       *Attorneys for Black & Decker Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| WILLARD JACOBS,<br><br>    Plaintiff,<br><br>v.<br><br>NOLAN D. ARCHIBALD; *et al.*<br><br>    Defendants. | Civil Action No. 09-cv-03012<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on this 18th day of November, 2009, the foregoing The Black & Decker Defendants' Written Consent to Removal was filed electronically and served by First Class Mail, on:

> John B. Isbister
> TYDINGS & ROSENBERG LLP
> 100 East Pratt Street, 26th Floor
> Baltimore, MD 21202
>
> *Counsel for Plaintiff*
>
> G. Stewart Webb, Jr.
> VENABLE LLP
> 750 E. Pratt Street
> Suite 900
> Baltimore, MD 21202
>
> *Counsel for Defendant The Stanley Works*

\\\BA - 035590/000003 - 274497 v1

3

/s/
---
Mark D. Gately
HOGAN & HARTSON LLP
Harbor East
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile: (410) 659-2701
mdgately@hhlaw.com